# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOSEPHINE E. GRIEGO,

        Plaintiff,

v.                                                                No. CV 21-274 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## FINAL JUDGMENT

**THE COURT**, having issued the *Memorandum Opinion and Order*, (Doc. 27), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Plaintiff's *Motion to Reverse and Remand for Rehearing, With Supporting Memorandum*, (Doc. 22), shall be **GRANTED**. This case is therefore **REMANDED** to the Commissioner for further proceedings consistent with the Court's Opinion.

**IT IS SO ORDERED**.

                                               THE HONORABLE CARMEN E. GARZA
                                               CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.